# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2655
_____

BRUCE SCHARROD MCCLOUD,
JR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

July 30, 2019


PER CURIAM.

   AFFIRMED.

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Andy Thomas, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant; Bruce Scharrod McCloud, Jr., pro se.

Ashley Moody, Attorney General, Tallahassee, for Appellee.